AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FILED 12/3/04
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.

TIMOTHY A. MILLIKEN

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:04-m-0322-HTS

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about December 1, 2004, in Duval County, in the Middle District of Florida, defendant did, UNLAWFULLY

knowingly and willfully use a telephone to make a threat to damage or destroy a building by means of fire or explosive

in violation of Title 18, United States Code, Section 844(e). I further state that I am a Special Agent with Federal Bureau of Investigation, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Signature of Complainant
James K. Dougal, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 3, 2004                                at            Jacksonville, Florida

HOWARD T. SNYDER
United States Magistrate Judge
Name & Title of Judicial Officer                           Signature of Judicial Officer

## AFFIDAVIT

I, James K. Dougal, being duly sworn, depose and state the following:

1. I am a Special Agent for the Federal Bureau of Investigation (FBI), having been so employed for the last nine years. Currently, I am assigned to the Jacksonville Field Division working violations involving violent crimes. During my service with the FBI, I have conducted and participated in investigations involving kidnapings, bank robberies, extortions and Hobbs Act violations.

2. My current duties include, among other things, investigating violations of Title 18, United States Code, Section 844.

3. I make this statement as part of a criminal complaint in support of the issuance of a federal warrant for the arrest of Timothy A. Milliken for telephone threats involving, among other things, explosive materials, in violation of Title 18, United States Code, Section 844 (e).

4. On December 3, 2004, I personally interviewed an individual named Paul F. Yaeck, Jr., Investigations Supervisor of Daimler Chrysler Services North America, who advised me as follows. Mr. Yaeck has within the last 10 days reviewed Daimler Chrysler records, recordings and transcripts and has provided me with some of the above-mentioned records, recordings and transcripts which I have reviewed. The following information comes from my review of the records, recordings and transcripts provided to me by Mr. Yaeck on December 3, 2004.

    a. In or about October 2004, Timothy A. Milliken's father, Arthur Milliken, satisfied a debt to Daimler Chrysler in the amount of approximately $17,700.

    b. From on or about November 2, 2004 through December 2, 2004, Timothy

A. Milliken made a total of 11 phone calls to the Daimler Chrysler Deficiency Recovery Center in Jacksonville Florida. The Deficiency Recovery Center made a recording of each of these phone calls which was followed up by a transcript prepared by a court reporter hired by Daimler Chrysler.

    c. On November 2, 2004 at approximately 3:54 p.m. a call was received by Tyson Farmer, Daimler Chrysler Services North America, Deficiency Recovery Center, Jacksonville Florida. The caller identified himself as "Tim Milliken" and when questioned stated that Daimler Chrysler had ," ...harassed and terrorized my family".

    d. On November 2, 2004 at approximately 3:58 p.m. a call was received by Scott Brown, Daimler Chrysler Services North America, Deficiency Recovery Center, Jacksonville, Florida. The caller identified himself as Tim Milliken and stated,"I'm not going to go into specifics, I'm not going to go into specifics, trust me. You people extorted money, you harrassed and terrorized my family and friends, that's the bottom line. If you people don't give me that money back, there will be severe consequences that's the bottom line". Scott Brown asked what the caller's phone number was and the caller provided , "678-438-5919".

    e. On November 29, 2004 at approximately 10:19 a.m. a voice message was left for Scott Brown, Daimler Chrysler Services North America, Deficiency Recovery Center, Jacksonville, Florida. The message stated," Yeah, this is Tim Milliken, I just got done talking to Paul Yaeck, Corporate Investigator, I told him I'm going to start putting in bomb threats unless that money is returned back to my father, return my father's extorted money or I'm going to start calling in bomb threats to all Chrysler buildings, Chrysler dealerships, etc., etc. This is my final fuckin' word, you sons of bitches."

   f. On December 1, 2004 at approximately 10:14 a.m. a voice message was received by Shawanda Henry, Daimler Chrysler Services North America, Deficiency Recovery Center, Jacksonville, Florida. The caller stated, "There is a bomb in your building. There is a bomb in your building. It will go off on a designated time Thursday. If you leave the building, you will be killed. Do not leave the building."

   g. On December 1, 2004 at approximately 10:17 a.m. a voice message was received by Mike Haines, Daimler Chrysler Services North America, Deficiency Recovery Center, Jacksonville, Florida. The caller stated,"There is a bomb in your building. If you attempt to leave the building you will be shot in the parking lot. There is a bomb in your building. It will go off Thursday."

  5. On December 3, 2004, a federal grand jury subpoena was faxed from the United States Attorney's Office to Sprint Spectrum in Overland Park, Kansas, regarding subscriber, billing information and historical data for cellular telephone number (678) 438-5919, for the time period November 2, 2004 to December 2, 2004.

  6. Sprint Spectrum faxed the results of its search for the subpoenaed information to your affiant on December 3, 2004. On December 3, 2004, I personally reviewed subpoenaed subscriber information from Sprint Corporate Security, and phone records relating from telephone number (678) 438-5919. From my review of the records, I learned the following information:

   a. The subscriber for (678) 438-5919 is Tim Milliken, date of birth August 19, 1958, Social Security Number 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, P.O. Box 920021, Norcross, Georgia.

   b. I have reviewed all the records and have confirmed all of the aforementioned phone calls were made from (678) 438-5919.

7. On December 3, 2004, I personally spoke with Pam Haslett, Sprint Spectrum in Overland Park, Kansas, who told me the following based upon her review of Sprint records:

a. Two calls were received by the Daimler Chrysler Services North America, Deficiency Recovery Center in Jacksonville, Florida on November 29, 2004, at 2:01 a.m. and 2:06 a.m. respectively (whose contents are not described by your affiant above) were routed through switches in the Jacksonville, Florida area, suggesting that both of those phone calls originated near the Jacksonville, Florida area.

b. The call received by the Daimler Chrysler Services North America, Deficiency Recovery Center in Jacksonville, Florida on November 29, 2004, at 10:19 a.m. was routed through switches in the Atlanta, Georgia area, suggesting that this phone call originated near the Atlanta, Georgia area.

c. The two bomb-threat calls received by the Daimler Chrysler Services North America, Deficiency Recovery Center in Jacksonville, Florida on December 1, 2004, at 10:14 a.m. and 10:17 a.m. respectively were routed through switches in the Atlanta, Georgia area, suggesting that both of those phone calls originated near the Atlanta, Georgia area.

8. On December 2, 2004, I spoke with John Insogna, a retired FBI agent who works for JVI and Associates, Inc., a private investigative firm hired by Daimler Chrysler. Mr. Insogna has interviewed Guy Milliken, the brother of the suspect Timothy Milliken. Guy Milliken told Mr. Insogna on November 15, 2004, that he (Guy Milliken) had not made any calls to Daimler Chrysler and that his brother Timothy was very angry with Daimler Chrysler.

9. On December 2, 2004, Paul Yaeck told your affiant that he (Yaeck) had

4

interviewed Arthur Milliken on November 12, 2004, the father of Timothy Milliken, who told Mr. Yaeck that Timothy continued to be distraught over the repossession of his vehicle and that he (Arthur Milliken) had paid off the loan to assist his son who had mental problems.

*[signature]*